# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3967

_____

Farideh Richardson,
personally and on behalf
of my children, Fraydoun
Soltani; Farhad Soltani &
Ladan Richardson,

          Appellant,

    v.

Michael J. Astrue, Commissioner of
Social Security,

          Appellee.

\* Appeal from the United States
\* District Court for the Western
\* District of Missouri.

\* [UNPUBLISHED]

_____

Submitted: November 3, 2009
Filed: December 11, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Farideh Richardson, on behalf of herself and her children, appeals the district court's[1] dismissal of her pro se social security appeal for lack of subject matter

_____

[1]The Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

jurisdiction based on failure to exhaust administrative remedies.  We have carefully reviewed the record de novo, <u>see</u> <u>In Home Health, Inc. v. Shalala</u>, 272 F.3d 554, 559 (8th Cir. 2001), and conclude that dismissal was proper for the reasons stated by the district court.  Accordingly, we affirm.  We also deny the pending motions.

_____